IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TIMOTHY JEROME RUSSELL,          )
#11530-002,                      )
                                 )
    Petitioner,              )
                                 )
V.                               )     CASE NO. 2;23-CV-363-JFD-JTA
                                 )
UNITED STATES OF AMERICA         )
                                 )
    Respondent.              )

## ORDER

Petitioner Timothy Jerome Russell, an inmate proceeding pro se, filed an amended motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (Doc. No. 3.) Thereafter, the Government filed a Response (Doc. No. 10) arguing that each of Petitioner's ineffective assistance of counsel claims fail as a matter of law. Thus, on May 12, 2026, the Magistrate Judge entered an Order requiring Petitioner to file a reply to the Government's filings no later than June 2, 2026. (Doc. No. 12.) The Magistrate Judge specifically cautioned Petitioner that his failure to comply would result in dismissal of this case. (Id. at 1–2.) Nevertheless, the imposed deadline has passed, and Petitioner has not filed a reply as directed.

As a result of Petitioner's noncompliance with the Magistrate Judge's order, the Magistrate Judge filed a Recommendation on June 10, 2026, recommending that this case be dismissed without prejudice.  Accordingly, upon consideration of those matters contained in the Recommendation of the Magistrate Judge, to which no objections were filed, the Court hereby ADOPTS the Recommendation and ORDERS that this case be dismissed without prejudice.

DONE this the 25th day of June, 2026.

JOEL F. DUBINA
UNITED STATES CIRCUIT JUDGE